LAWRENCE G. BROWN
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

FILED

SEP 25 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In RE:                               ) Case No. 2:08-SW-0249 KJM
Search of                            )
Google, Inc., located at             ) MOTION & PROPOSED ORDER TO
1600 Amphitheatre Parkway            ) UNSEAL SEARCH WARRANT
Mountain View, CA 94043,             )
related to e-mail account            )
"scarycash@gmail.com"                )
                                     )

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Russell L. Carlberg, it is hereby

**ORDERED**

That the order unsealing the Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return in the above-entitled matter be immediately unsealed.

Date: September 25, 2009

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
U.S. Magistrate Judge